# Troy Lee
5701 Emerald Brook Ln
League City, Texas
[77573]

United States District Court
For the Southern District of Texas
601 Rosenberg
Galveston, TX 77550

United States Courts
Southern District of Texas
FILED

OCT 16 2018

David J. Bradley, Clerk of Court

Re: Refusal for Cause

Dear Clerk;

Please file this Refusal for Cause in the case jacket of Article III case 3:15-cv-00286. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

## Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____
Troy Lee

Cc:
Dept. of the Treasury                    Registered Mail #RE 326 350 700 US
Internal Revenue Service
Austin, TX 73301-0010

United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW, Washington, DC 20001
Article III Case 2017-mc-2763

United States District Court for the District of New York – Albany
James T. Foley United States Courthouse Suite 509
445 Broadway Albany, NY 12201
Case 1:18-mc-00007-DEK-DJS
Doc 1; Page 35 of 113

Steven Terner MNUCHIN
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia 20220