# Troy Lee
5701 Emerald Brook Ln
League City, Texas
[77573]

United States Courts
Southern District of Texas
FILED

APR 29 2019

David J. Bradley, Clerk of Court

United States District Court
For the Southern District of Texas
601 Rosenberg
Galveston, TX 77550

Re: Refusal for Cause

Dear Clerk;

    Please file this Refusal for Cause in the case jacket of Article III case 3:15-cv-00286. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_Troy Lee_ (signature)
Troy Lee

Cc:
Dept. of the Treasury                         Certified Mail #7015 1520 0000 6834 6840
Internal Revenue Service
Austin, TX 73301-0010

United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW, Washington, DC 20001
Article III Case 2017-mc-2763

United States District Court for the District of New York – Albany
James T. Foley United States Courthouse Suite 509
445 Broadway Albany, NY 12201
Case 1:18-mc-00007-DEK-DJS
Doc 1; Page 35 of 113

Steven Terner MNUCHIN
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia 20220

**Department of the Treasury**
Internal Revenue Service
**Director**
3651 S INTERREGIONAL HWY
AUSTIN, TX 73301

Document Locator Number

18251-093-12200-19

| MFT | Tax Period | Assessment Date | Trans Code |
|-----|------------|-----------------|------------|
| 30  | 201512     | 04/03/2019      | 37#        |

Taxpayer

TROY L DOWNS
5701 EMERALD BROOK LN
LEAGUE CITY, TX 77573-1998

IDRS Number: 1486822503
Notice Date: 04/03/2019
Name Control: DOWN
Taxpayer Identifying Number: 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
Form Number: 1040
Plan/Report Number:
Tax Period Ended: 12/31/2015

### Notice of Tax Due on Federal Tax Return

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at **800-829-0115 (Business filers)** or **800-829-8374 (individual filers).**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/03/2019 TAX ON RET | 150 | 0.00 | | |
| 08/15/2016 | 610 | 0.00 | | |
| 04/03/2019 ADD'L TAX | 290 | 39,939.00 | | |

36. Reference Code: see enclosed notice

see enclosed notice

39,939.00

**Please return this copy with your payment to the address shown above**

Form **3552** (Rev. 1-2018) (Part 3)
Catalog Number 49356T

**Department of the Treasury**
**Internal Revenue Service**
**Director**
3651 S INTERREGIONAL HWY
AUSTIN, TX 73301

Document Locator Number

18251-093-12200-19

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 30 | 201512 | 04/03/2019 | 370 |

IDRS Number: 1486822503
Notice Date: 04/03/2019
Name Control: DOWN
Taxpayer Identifying Number: 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
Form Number: 1040
Plan/Report Number:
Tax Period Ended: 12/31/2015

Taxpayer
TROY L DOWNS
5701 EMERALD BROOK LN
LEAGUE CITY, TX 77573-1998

### Notice of Tax Due on Federal Tax Return

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the United States Treasury and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (Individual filers).

*[Handwritten across page: "Refused for Cause"]*

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/03/2019 TAX ON RET | 150 |  | 0.00 |  |
| 08/15/2016 | 610 |  | 0.00 |  |
| 04/03/2019 ADD'L TAX | 290 | 39,939.00 |  |  |

36. Reference Code: see enclosed notice

see enclosed notice

39,939.00

DUPLICATE—*(Keep for your records)*

Form **3552** (Rev. 1-2018) (Part 4)
Catalog Number 49356T

# Troy Lee
## 5701 Emerald Brook Ln
## League City, Texas
## [77573]

United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re: Refusal for Cause

Dear Clerk;

    Please file this Refusal for Cause in the case jacket of Article III Case 2017-mc-2763. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____
Troy Lee

Cc:
Dept. of the Treasury                         Certified Mail #7015 1520 0000 6834 6840
Internal Revenue Service
Austin, TX 73301-0010

United States District Court
For the Southern District of Texas
601 Rosenberg
Galveston, TX 77550
Article III case 3:15-cv-00286

United States District Court for the District of New York – Albany
James T. Foley United States Courthouse Suite 509
445 Broadway Albany, NY 12201
Case 1:18-mc-00007-DEK-DJS
Doc 1; Page 35 of 113

Steven Terner MNUCHIN
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia 20220

# Troy Lee
### 5701 Emerald Brook Ln
### League City, Texas
### [77573]

United States District Court for the District of New York – Albany
James T. Foley United States Courthouse Suite 509
445 Broadway Albany, NY 12201
Case 1:18-mc-00007-DEK-DJS
Doc 1; Page 35 of 113

Re: Refusal for Cause

Dear Clerk;

    Please file this Refusal for Cause in the case jacket of Case 1:18-mc-00007-DEK-DJS Doc 1; Page 35 of 113. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____
        Troy Lee

Cc:
Dept. of the Treasury
Internal Revenue Service
Austin, TX 73301-0010

Certified Mail #7015 1520 0000 6834 6840

United States District Court
For the Southern District of Texas
601 Rosenberg, Galveston, TX 77550
Article III case 3:15-cv-00286

United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW, Washington, DC 20001
Article III Case 2017-mc-2763

Steven Terner MNUCHIN
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia 20220