# Troy Lee
5701 Emerald Brook Ln
League City, Texas
[77573]

United States District Court
For the Southern District of Texas
601 Rosenberg
Galveston, TX 77550

Re: Refusal for Cause

JUN 17 2019

David J. Bradley, Clerk of Court

Dear Clerk;

      Please file this Refusal for Cause in the case jacket of Article III case 3:15-cv-00286. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

      My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____
                Troy Lee

Cc:
Dept. of the Treasury                         Certified Mail #7015 1520 0000 6834 6758
Internal Revenue Service
Revenue Officer Ariel S Limuel
8701 S Gessner
M/S 5435 HAL
Houston, TX 77074-2944

United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW, Washington, DC 20001
Article III Case 2017-mc-2763

United States District Court for the District of New York – Albany
James T. Foley United States Courthouse Suite 509
445 Broadway Albany, NY 12201
Case 1:18-mc-00007-DEK-DJS
Doc 1; Page 35 of 113

Steven Terner MNUCHIN
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia 20220